FRANCES NUSBAUM, PLAINTIFF-RESPONDENT, v. NEW-ARK MORNING LEDGER CO., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 86 *N. J. Super.* 132.

*Messrs. Krieger, Chodash & Politan* for the petitioners.

*Mr. Harry Green* for the respondent.

April 5, 1965. Denied.

HORACE S. VOLZ, *ET AL.*, PETITIONERS, v. CIVIL SERVICE COMMISSION, RESPONDENT.

See same case below: 86 *N. J. Super.* 268.

*Mr. Thomas E. Durkin, Jr.* and *Mr. John J. Cleary* for the petitioners.

*Mr. Arthur J. Sills* and *Mrs. Marilyn Loftus Schauer* for the respondent.

April 5, 1965. Denied.